UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HOEFT,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No.  2:16-cv-2615 CKD PS<br><br><br>ORDER |

In this action, plaintiff challenges the decision of the Commissioner in denying plaintiff disability benefits.  Plaintiff has requested that an additional summons be issued as to an individual defendant.  Because the only properly named defendant is the Commissioner of Social Security, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 8) is denied.

Dated:  December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hoeft2615.ind

1