1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    MONICA HOEFT,                            No.  2:16-CV-2615 KJM CKD PS

12                    Plaintiff,

13          v.                                 ORDER

14    AL BALLON,

15                    Defendant.

16

17          Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a

18    United States Magistrate Judge."  *See* 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. R.

19    305, both the district court judge assigned to the case and the magistrate judge must approve the

20    reference to the magistrate judge.

21          The undersigned has reviewed the file and recommends that the above-captioned case be

22    reassigned and referred to the magistrate judge for all further proceedings and entry of final

23    judgment.

24          IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable

25    Carolyn K. Delaney.  The parties shall please take note that all documents hereafter filed with the

26    Clerk of the Court shall bear case No. 2:16-cv-2615 CKD PS.  All currently scheduled dates

27    presently set before Judge Mueller are hereby VACATED.

28    /////

                                                  1

1    IT IS SO ORDERED.

2    DATED:  February 28, 2017

3

4                                                        _____
     UNITED STATES DISTRICT JUDGE

5

6        Having also reviewed the file, I accept reference of this case for all further proceedings

7    and entry of final judgment.

8    Dated:  March 1, 2017

9                                                        _____
     CAROLYN K. DELANEY

10    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2