UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HOEFT, | No. 2:16-cv-2615 CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, et al., | |
| Defendants. | |

By order filed February 9, 2017, plaintiff was directed to provide to the United States Marshal, within twenty-eight days, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rule of Civil Procedure 4(i) and to file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal.

On March 2, 2017, plaintiff filed a statement that she had provided a copy of the amended complaint to the United States Marshal. Simply providing a copy of the amended complaint to the Marshal is insufficient for proper service of summons. Plaintiff must provide a properly filled out a USM-285 form and must also provide a properly filled out summons. Copies of the documents submitted to the Marshal must also be filed with the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall fully comply with the court's February 9, 2017 order no later than March 31, 2017. Failure to comply with this order shall result in dismissal of this action without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: March 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hoeft2615.eot