UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HOEFT, | No. 2:16-cv-2615 CKD PS |
| Plaintiff, | |
| v. | ORDER |
| AL BALLON, | |
| Defendants. | |

By order filed February 9, 2017, plaintiff was directed to provide to the United States Marshal, within twenty-eight days, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rule of Civil Procedure 4(i) and to file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal.

On March 2, 2017, plaintiff filed a statement that she had provided a copy of the amended complaint to the United States Marshal. On March 23, 2017, plaintiff filed a statement that she had submitted all properly filled out forms to the United States Marshal. However, plaintiff has still not provided to the court copies of the documents submitted to the Marshal. Review by the

/////

court of the documents submitted to the Marshal is necessary so that the court can determine whether plaintiff has complied with Federal Rule of Civil Procedure 4.

Accordingly, IT IS HEREBY ORDERED that no later than April 14, 2017, plaintiff shall file copies of all documents submitted to the United States Marshal. Failure to comply with this order shall result in dismissal of this action without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: March 29, 2017

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hoeft2615.2.eot