UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HOEFT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2615 CKD PS<br><br><br>ORDER |

By order filed February 9, 2017, plaintiff was directed to provide to the United States Marshal, within twenty-eight days, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rule of Civil Procedure 4(i) and to file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal.

On March 2, 2017, plaintiff filed a statement that she had provided a copy of the amended complaint to the United States Marshal. On March 23, 2017, plaintiff filed a statement that she had submitted all properly filled out forms to the United States Marshal. However, plaintiff did not provide to the court copies of the documents submitted to the Marshal. The court has previously advised plaintiff that review by the court of the documents submitted to the Marshal is

1

necessary so that the court can determine whether plaintiff has complied with Federal Rule of Civil Procedure 4.

Plaintiff has now submitted copies of the documents submitted to the Marshal. ECF No. 26. Examination of those documents shows that plaintiff has submitted a blank USM-285 form to the Marshal. No information has been provided with respect to service on defendant.

Accordingly, IT IS HEREBY ORDERED that no later than April 28, 2017, plaintiff shall provide a properly filled out USM-285 form, including all information needed by the United States Marshal to effect service of process under Federal Rule of Civil Procedure 4(i). Plaintiff shall also file with the court a copy of the USM-285 form submitted to the United States Marshal. Failure to comply with this order shall result in dismissal of this action without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hoeft2615.4.eot